Gerald Barrett  (5855)
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
(602) 279-1717
FAX: (602) 279-8908
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PHILLIP A. McNALLY as Trustee of the Plaintiff Taft-Hartley Trust Funds; BRYAN DeWITT, as Trustee of the Plaintiff Taft-Hartley Trust Funds; ARIZONA PIPE TRADES HEALTH AND WELFARE TRUST FUND, a Taft-Hartley Trust Fund; ARIZONA PIPE TRADES DEFINED CONTRIBUTION PENSION FUND,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CONNER PLUMBING, LCC, an Arizona corporation; CHARLES MICHAEL CONNER AND TERRI L. CONNER, husband and wife,<br><br>                    Defendants. | CASE No.<br><br><br><br><br><br><br><br>COMPLAINT |

Plaintiffs allege, as follows:

1.     Plaintiff Arizona Pipe Trades Health and Welfare Trust Fund and plaintiff Arizona Pipe Trades Pension Trust Fund are  third party beneficiaries to a collective bargaining agreement between defendants and a labor union which required defendant to make fringe benefit contributions. See, *Lewis v. Benedict Coal Corp.*, 361 U.S. 459, 468 (1960).

2.     Plaintiffs Bryan DeWitt and Phillip A. McNally are each duly appointed trustees of the above described plaintiff Taft-Hartley Trust Funds.

3.      Defendants Conner Plumbing, LCC;  Charles Michael Conner and Terri L. Conner transacted business within the State of Arizona as a construction contractor, with

1   their principal offices located in Maricopa County, Arizona. Each defendant is an
2   "employer" within the meaning of the federal labor laws including 29 U.S.C. § 185.
3         4.     This action is brought to enforce the terms of the above described collective
4   bargaining agreement and the Settlement Agreement described below. Accordingly, the
5   Court has subject matter jurisdiction pursuant to Section 301 of the Labor Management
6   Relations Act, 29 U.S.C. § 185.
7         5.     Venue is appropriate as virtually all relevant acts occurred in Maricopa
8   County, including the fact that the above-described contributions are received by each of
9   the Plaintiff Trust Funds at a depository in Phoenix, Maricopa County, Arizona.
10        6.     Defendants, by virtue of the above described collective bargaining
11  agreement, were obligated to pay contributions to each of the plaintiff trust finds, but
12  failed to do so.
13        7.     Plaintiffs agreed to not bring a collection action against the defendants if
14  they agreed to repay the debt by way of monthly installment payments (Settlement
15  Agreement). See, Exhibit 1.
16        8.     Defendants made some payments under the Settlement Agreement, but are
17  now in default.
18        9.     Defendants owe the balance of $6,309.77 under the Settlement Agreement.
19        WHEREFORE, Plaintiffs pray that the Court grant judgment in their favor and
20  against defendants Conner Plumbing, LCC; Charles Michael Conner and Terri L.
21  Conner, and each of them, in the amount of $ 6,309.77 plus attorney's fee and court costs,
22  together with all other relief deemed by the Court to be appropriate
23        DATED this 23rd day of February, 2011.
24                                        WARD KEENAN & BARRETT, P.C.
25
26                                        *S/GERALD BARRETT*
                                          Gerald Barrett
                                          3838 N. Central Avenue, Suite 1720
27                                        Phoenix, Arizona 85012
                                          Attorneys for Plaintiffs
28