# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Pipe Trades Health and Welfare Trust Fund, et al., | **DEFAULT JUDGMENT** |
| Plaintiffs, | CV 11-357-PHX-JAT |
| v. | |
| Conner Plumbing LLC, et al., | |
| Defendants. | |

    Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Conner Plumbing LLC, Charles Michael Conner, Terri L Conner in the amount of $6309.77.

    DEFAULT JUDGMENT ENTERED this 21st day of April, 2011.

    RICHARD H. WEARE
    District Court Executive/Clerk

    s/ S. Turner
    By: Deputy Clerk

cc: (all counsel)